UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELS LANDING PARTNERS, LLC, a Delaware limited liability company,<br>Plaintiff,<br>v.<br>CITY OF LOS ANGELES, a municipal corporation, and KEVIN DE LEON, an individual,<br>Defendants. | Case No. 2:26–cv–01524–WLH–AYP<br>**[PROPOSED] ORDER GRANTING STIPULATION TO STAY ACTION PENDING FINAL SETTLEMENT APPROVAL [ECF NO. 39]** |

The Court, having reviewed the Notice of Conditional Settlement and Stipulation to Stay Action Pending Final Settlement Approval filed by Plaintiff Angels Landing Partners, LLC ("Plaintiff"), and Defendants City of Los Angeles and Kevin de Leon ("Defendants" and collectively with Plaintiff, the "Parties"), and finding good cause therefor, hereby GRANTS the Parties' stipulation and ORDERS as follows:

1. The Action is hereby stayed until further order of the Court and all pending deadlines for the Parties, including the deadline for Defendants to respond to the Second Amended Complaint, are hereby vacated.

2. The Parties shall file a joint Status Report re Settlement by no later than January 15, 2027, if a dismissal with prejudice of the entire action is not filed by that date.

**IT IS SO ORDERED.**

Dated:

____________________________________

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE